KASEN & KASEN, P.C.
Attorneys for Buddy Warren, Inc.
25 Broadway
9th Floor
New York, New York 1000
(646) 397-6226
mkasen@kasenlaw.com
Michael J. Kasen

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | **Hearing Date and Time**<br>February 28, 2018 @ 10:00 a.m. |

|  |   |   |
|---|---|---|
| In re: | X<br>X<br>X<br>X | Chapter 11 |
| **BUDDY WARREN, INC.,** | X<br>X | Case No. 17-11364-SHL |
| Debtor. | X<br>X<br>X | |

**NOTIC OF HEARING TO CONSIDER DEBTOR'S SUPPLEMENTED OBJECTION
PURSUANT TO 11 U.S.C. § 502(b) TO
<u>CLAIM NUMBER 1 FILED BY NEW YORK STATE DEPARTMENT OF LABOR</u>**

**PLEASE TAKE NOTICE**, that on February 28, 2018, at 10:00 a.m., or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Court Room 701, New York, New York 10004-1408, to consider the Debtor's Objection Pursuant to 11 U.S.C. § 502(b) to Claim Number 1 filed by New York State Department of Labor (hereinafter, the "Objection").

**PLEASE TAKE FURTHER NOTICE** that responses to the Objection, if any, must be made in writing and shall state with particularity the grounds therefor, and shall be filed with the Clerk of the Bankruptcy Court by electronic means (with a copy to Chambers), and served upon and received by counsel for the Defendant, Michael Kasen, Esq., Kasen & Kasen P.C., 25 Broadway, 9th Floor, New York, New York 10004, and the United States Trustee's Office, 201 Varick Street, Suite

10006, New York, New York 10014, so as to be actually received no later than seven days prior to the Hearing Date.

Dated:  New York, New York
        December 5, 2017

                                                KASEN & KASEN, P.C.

                 By:    /s/ Michael J. Kasen
                       Michael J. Kasen, Esq.
                       Attorneys or Debtor
                       25 Broadway, 9th Floor
                       New York, New York 10004
                       (646) 397-6226