**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | X | |
| | X | |
| In re: | X | **Chapter 11** |
| | X | |
| **BUDDY WARREN, INC.,** | X | **Case No. 17-11364-SHL** |
| | X | |
| Debtor. | X | |
| | X | |
| | X | |

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE CONFIRMATION OF THE PLAN, AND SETTING A HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND HEARING ON CONFIRMATION OF THE PLAN**

This matter having been opened to the Court by Debtor, Buddy Warren, Inc., Plan Proponent, through counsel, Michael J. Kasen, upon the filing of the Small Business Debtor's Combined Plan of Reorganization and Disclosure Statement dated February 5, 2018;

**IT IS HEREBY ORDERED THAT:**

1.    The Disclosure Statement dated February 5, 2018 and filed by the Debtor is conditionally approved;

2.    Within two days after the entry of this Order, the Small Business Debtor's Combined Plan of Reorganization and Disclosure Statement and a ballot substantially conforming to Official Bankruptcy Form 314 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee;

3.    March 5, 2018 is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan;

4.      March 5, 2018 is fixed as the last day for filing written acceptances or rejections

of the Plan;

5.      A hearing shall be held on **March 12, 2018 at 11:00 a.m.** for final approval of the

Disclosure Statement ~~(if a written objection has been timely filed)~~ and for confirmation of the

Plan before the Honorable Sean H. Lane, Courtroom 701, United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004.

Dated: February 6, 2018
       New York, New York

*/s/ **Sean H. Lane***
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

KASEN & KASEN, P.C.
Attorneys for Buddy Warren, Inc.
25 Broadway
9th Floor
New York, New York 10004
(646) 397-6226
mkasen@kasenlaw.com
Michael J. Kasen

Hearing Date and Time:
March 12, 2018 @ 11:00 a.m.
Deadline to :
1.      Object to the Disclosure
        Statement and Confirmation
        of the Plan:
March 5, 2018
2.      Deliver Written Acceptances
or Rejections of the Plan:
March 5, 2018

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **X** | |
| **X** | |
| **In re:**          **X** | **Chapter 11** |
| **X** | |
| **BUDDY WARREN, INC.,**   **X** | **Case No. 17-11364-SHL** |
| **X** | |
|       **Debtor.**    **X** | |
| **X** | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **X** | |

**NOTICE OF DEADLINES AND HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF THE SMALL BUSINESS DEBTOR'S COMBINED PLAN OF REORGANIZATION**

     **PLEASE TAKE NOTICE**, that on February 6, 2018, the Court entered the enclosed

Order Conditionally Approving Disclosure Statement, Fixing Time for Filing Acceptances or

Rejections of the Plan, and Fixing the Time for Filing Objections to the Disclosure Statement

and to the Confirmation of the Plan, and Setting a Hearing on Final Approval of the Disclosure

Statement and Hearing on Confirmation of the Plan (hereinafter, the "Order"); and

     **PLEASE TAKE FURTHER NOTICE THAT**, as set forth in the Order, the last day for

filing and serving written objections to the Disclosure Statement and confirmation of the Plan is

March 5, 2018.  Any such objection must be made in writing and shall state with particularity the

grounds therefor, and shall be filed with the Clerk of the Bankruptcy Court by electronic means

(with a copy to Chambers), and served upon and received by, Michael J. Kasen, Esq., Kasen &

Kasen P.C., 25 Broadway, 9th Floor, New York, New York 10004, and the United States

Trustee's Office, 201 Varick Street, Suite 10006, New York, New York 10014, so as to be

actually received no later than the date set forth herein; and

**PLEASE TAKE FURTHER NOTICE THAT**, as set forth in the Order, the last day for

delivering written acceptances or rejections of the Plan is March 5, 2018. Any such written

acceptances or rejections must be delivered so as to be received by Michael J. Kasen, Esq.,

Kasen & Kasen P.C., 25 Broadway, New York, New York 10004 by no later than 5:00 p.m. on

March 5, 2018, and also must conform to the ballot enclosed; and

**PLEASE TAKE FURTHER NOTICE THAT**, as set forth in the Order, on March 12,

2018, at 11:00 a.m., or as soon thereafter as counsel may be heard, a hearing will be held to

consider final approval of the Disclosure Statement (if a written objection has been timely filed)

and for confirmation of the Plan before the Honorable Sean H. Lane, Courtroom 701, United

States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York,

New York 10004.


Dated:  New York, New York
        February __, 2018

                                         KASEN & KASEN, P.C.

By:    /s/ Michael J. Kasen
          Michael J. Kasen, Esq.
          Attorneys or Debtor
          25 Broadway, 9th Floor
          New York, New York 10004
          (646) 397-6226